Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

Nos. 04-10-00589-CV & 04-10-00590-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF K.K.S.**,
as a Mentally Ill Person

From the Probate Court No 1, Bexar County, Texas
Trial Court Nos. 2010MH1581 & 2010MH 1672
Honorable Polly Jackson Spencer, Judge Presiding

Opinion by:    Rebecca Simmons, Justice

Sitting:    Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Rebecca Simmons, Justice

Delivered and Filed:  December 29, 2010

AFFIRMED

These accelerated appeals challenge a trial court's judgment involuntarily committing K.K.S. for mental health services and an order compelling psychoactive medications. Appellant's court-appointed attorney filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967).  *See In re L.E.H.*, 228 S.W.3d 219, 220 (Tex. App.—San Antonio 2007, no pet.) (applying *Anders* procedure in appeal from court ordered mental health commitment). Counsel concludes the appeals have no merit.  Counsel provided K.K.S. with a copy of the brief and informed her of her right to review the record and file her own brief; however, K.K.S. did not file a *pro se* brief.  *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

After reviewing the record and counsel's brief, we agree that the appeals are frivolous and without merit. The judgment and order of the trial court are affirmed, and appellate counsel's motion to withdraw is granted. *See Nichols v. State*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.

Rebecca Simmons, Justice